COTA COLE & HUBER LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| INGRAM ENTERPRISES, INC., a Missouri Corporation, dba Fireworks Over America,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DOTSON, dba Bread Upon the Waters, Inc.,<br><br>Defendant. | Case No. 1:16-cv-01324-DAD-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>(Doc. 29) |

On September 5, 2017, Plaintiff filed the parties' stipulation that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 29.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41 thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

- 1 -

ORDER DIRECTING CLERK TO CLOSE CASE
Case No. 1:16-cv-01324-DAD-SKO

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a stipulation for dismissal of this case without prejudice under Rule 41(a)(1)(A)(ii) that is signed by all parties who have made an appearance, this case has terminated. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to close this case.

IT IS SO ORDERED.

Dated: __**September 7, 2017**__        /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE